IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR277 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO EXTEND TIME IN** |
| v. | ) | **WHICH TO FILE PRETRIAL** |
| | ) | **MOTIONS** |
| MATTHEW D. STRAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Matthew D. Strain, by and through his attorney, Shannon P. O'Connor, moves for an extension of time until November 12, 2004 in which to file pretrial motions. In support of this motion, he states:

1.    The current deadline for the filing of pretrial motions is November 4, 2004.

2.    Due to counsel's case load which includes six new cases and two lengthy motions hearings this week, counsel has not yet been able to review all of the discovery material with the Defendant in order to properly identify and present grounds for pretrial motions, including motions to suppress. Accordingly, counsel requires additional time to evaluate, research, and present pretrial motions in this case.

3.    Counsel has advised the Defendant of his speedy trial rights, including the exclusion of time during the pendency of this motion. Defendant has been sent a Waiver of Speedy Trial to sign which will be filed upon receipt back.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for the filing of pretrial motions and order that they be filed on or before November 12, 2004.

MATTHEW D. STRAIN, Defendant,


By:     s/ Shannon P. O'Connor
                **SHANNON P. O'CONNOR**
                **First Assistant Federal Public Defender**
                222 South 15th Street, Suite 300N
                Omaha, NE 68102
                (402) 221-7896
                Fax: (402) 221-7884


## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  Michael Wellman, Assistant United States Attorney, Omaha, NE.


s/ Shannon P. O'Connor