IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR277 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **WAIVER OF SPEEDY TRIAL** |
| v. | ) | |
| | ) | |
| MATTHEW D. STRAIN, | ) | |
| | ) | |
| Defendant. | ) | |

Matthew D. Strain, after being first duly sworn, deposes and says that:

1.     I am the Defendant in the above-captioned case, am over 18 years of age, am competent to testify to the matters set forth herein and have personal knowledge of the facts contained in this affidavit.

2.     My attorney has explained to me that I have a constitutional and statutory right to a speedy trial. My attorney has also explained to me that a motion will be filed on my behalf which will automatically extend the time during which my case will be called for trial. Time between the filing this motion and the time it is decided by the Court may be excludable time for the purposes of computing any constitutional and speedy trial act deadlines.

3.     I agree to the extension of time which will be required as a result of the filing of this motion and I understand that the additional time will be excludable time for the purposes of computing any speedy trial deadline.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

5 Nov 2004
_____
DATE

_____
MATTHEW D. STRAIN