FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 07 2004

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
*EN EL TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS DE NORTE AMÉRICA
PARA EL DISTRITO DE NEBRASKA

UNITED STATES OF AMERICA,
ESTADOS UNIDOS DE NORTE AMÉRICA,
   Plaintiff,
   Demandante,

   vs.

__Mathew David Strain__,
   Defendant
   Acusado

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. _04 CR 0277_
CAUSA

PETITION TO ENTER A
PLEA OF GUILTY

PETICIÓN PARA PRESENTAR
DECLARACIÓN DE CULPABILIDAD

I, __Mathew David Strain__, the defendant in this case, inform the judge, under penalty of perjury, that I have discussed these matters with my attorney, if I have an attorney, that I want to plead GUILTY to Count(s) _____ _I_ _____ of the _____ __Indictment__ _____ (indictment or superseding indictment or information) and that the answers to the following questions are true and correct to the best of my knowledge and belief:

Yo, _____, acusado(a) en este caso, le aviso al sr. juez, so pena de perjurio, que ya he tratado este asunto con mi abogado, en caso de tener abogado, que me quiero declarar CULPABLE del (los) Cargo(s) _____ de la _____ (inculpación formal o de la inculpación formal revisada o de la acusación de la fiscalía) y que las respuestas a las preguntas que se dan a continuación son correctas y verídicas a mi leal saber y entender:

A:  __BACKGROUND QUESTIONS:__
   __DATOS PERSONALES:__

The questions in this section are asked for the purpose of giving the judge necessary background information.
Se hacen las preguntas a continuación para darle al juez la información que necesita sobre usted.

* Spanish version by Telephone Interpreting Program (TIP), District of New Mexico

1.    What is your age? _____ 34 yo _____
      ¿Edad? _____

2.    How much education have you had? _____ 10ᵗʰ grade — GED _____
      ¿Escolaridad? (¿Cuántos años asistió a la escuela?) _____

3.    Have you ever been under the care of a doctor or in a hospital or institution for drug or alcohol treatment or addiction?
      ¿Ha recibido atención médica o le han internado en un hospital o institución para tratamientos al alcoholismo o la drogadicción?
      Yes/Sí ___ X ___    No _____
      If so, when and where? _Gordon Chemical Dependency Center in Sioux City·in_
      De ser así, ¿dónde y cuándo? _1984 or 85 — I OPP - Mercy Hospital in Des Moines '86_

4.    Have you ever been under the care of a doctor or in a hospital for a mental or emotional condition?
      ¿Le ha atendido un médico o le han hospitalizado por condición mental o emocional?
      Yes/Sí _____    No ___ X ___

      If so, when and where? _____
      De ser así, ¿dónde y cuándo? _____

5.    If an attorney is now representing you in this case:
      En la causa presente y de tener representación legal de un abogado:

      a)    What is his or her name? _Shannon P. O'Connor_
            ¿Cómo se llama su abogado(a)? _____

      b)    Have you had enough time to talk with him or her?
            ¿Ha tenido suficiente tiempo para hablar con su abogado(a)?
            Yes/Sí ___ X ___    No _____

      c)    Have you told him or her everything about your case?
            ¿Le ha dicho a su abogado todo respecto a su caso?
            Yes/Sí ___ X ___    No _____

      d)    Are you satisfied with the job he or she has done for you?
            ¿Está satisfecho(a) con la representación que le ha dado?
            Yes/Sí ___ X ___    No _____

2

e) If you have any objections to the way the attorney has represented you, what has he or she done wrong or not done?
*De tener objeción a la representación de su abogado(a) ¿qué es lo que hizo mal o qué no hizo?*

_____
_____
_____
_____
_____

6. Do you understand the charge(s) against you?
*¿Entiende el (los) cargo(s) formulados en su contra?*

Yes/Sí __X__ No _____

## B. CONSTITUTIONAL RIGHTS - WAIVERS
### *RENUNCIA DE DERECHOS CONSTITUCIONALES*

The questions in this section are designed to inform you of valuable constitutional rights you will give up by pleading guilty.
*Se le hacen las preguntas a continuación para darle aviso de valiosas garantías constitucionales que pierde al declararse culpable.*

7. Do you understand that you have a right to plead NOT GUILTY to every charge filed against you?
*¿Entiende que tiene el derecho de declararse NO CULPABLE de cualquier cargo formulado en su contra?*

Yes/Sí __X__ No _____

8. Do you understand that, if you plead NOT GUILTY, you have the following constitutional rights:
*Si se declara NO CULPABLE ¿entiende que la Constitución le garantiza los siguientes derechos?*

a) the right to a speedy and public trial by jury
*el derecho de juicio expedito y público ante jurado*

Yes/Sí __X__ No _____

b) the right to counsel at all stages of the proceedings, and, if you cannot afford to pay a lawyer, one will be appointed to represent you
*el derecho de representación legal durante todo el proceso y, si no tiene con*

qué pagar a un abogado, se le nombrará uno que le represente
Yes/Sí _____ No_____

c)   the right to see and hear all witnesses called to testify against you and the right to cross-examine them
el derecho de carear y contrainterrogar a todos los testigos de cargo
Yes/Sí _____ No _____.

d)   the right to use the court's subpoena power to compel the attendance of witnesses at trial and the production of other evidence
el derecho de obligar bajo orden jurídica tanto la asistencia de testigos como la presentación de pruebas de descargo en el juicio.
Yes/Sí _____ No_____

e)   the right to take the witness stand or not, as you choose, and that you cannot be required to take the witness stand
el derecho de testificar o no testificar a opción suya y que no se le puede obligar a testificar.
Yes/Sí _____ No _____

f)   if you do not take the witness stand, the jury cannot take that as evidence against you
si decide no testificar, el jurado no lo puede tomar como indicio de culpabilidad
Yes/Sí _____ No _____

g)   the right to be presumed innocent until the United States has proved you guilty beyond a reasonable doubt by the unanimous agreement of all 12 jury members
el derecho a la presunción de inocencia hasta que el gobierno haya probado su culpabilidad fuera de duda razonable por decisión unánime de los 12 jurados
Yes/Sí _____ No _____

9.   Do you understand that, if you plead GUILTY, you will be found guilty without a trial and you will have given up all of the above rights?
¿Entiende que, al declarse CULPABLE, lo hallarán culpable y perderá todos los derechos de juicio ya enumerados?
Yes/Sí _____ No _____

10.   Do you understand that, if you plead GUILTY to a felony offense, this may deprive you of valuable civil rights, such as the right to vote, to hold public office, to serve on a jury and

4

to possess any kind of firearm?

*¿Entiende que, al declararse CULPABLE de un delito mayor, puede ser privado de valiosos derechos civiles, como son los de votar, de desempeñar cargo público, de participar en jurados y de poseer cualquier arma de fuego?*

Yes/Sí ___X___   No _____

## C.   SENTENCING - GENERAL
### SENTENCIAS CONDENATORIAS - ESQUEMA GENERAL

The questions in this section are designed to assure the judge that you understand aspects of the sentencing process.

*Se hacen las preguntas en esta sección para asegurarle al juez que usted entiende cómo se determinan las sentencias condenatorias.*

11.   Do you realize that, if you plead GUILTY, the judge may impose the same punishment as if you had pleaded NOT GUILTY and had been convicted by a jury?

*¿Comprende que, al declarase usted CULPABLE, el juez puede imponerle la misma sentencia que le podría imponer si se hubiese declarado NO CULPABLE y le hubiese hallado culpable un jurado?*

Yes/Sí ___X___   No _____

12.   a)   Do you know that the sentence you will receive is solely a matter for the judge to decide?

*¿Sabe usted que la pena que se le impondrá será por decisión única y exclusiva del juez?*

Yes/Sí ___X___   No _____

b)   The Constitution requires that any fact that increases the penalty for a crime beyond the statutory maximum, other than the fact of a prior conviction, must be submitted to a jury and proved beyond a reasonable doubt. By pleading guilty you waive and give up that right. By waiving and giving up that right, a judge will decide by the greater weight of the evidence facts relevant to sentencing and the maximum penalty. The judge will decide these facts as he or she sees fit even if you and the government agree to different facts. Do you understand?

*La Constitución federal dispone que cualquier hecho, que no sea el hecho de un antecedente penal y que permita un aumento a la sanción superior a la pena máxima que dicte el estatuto, deberá presentarse y probarse ante un jurado más allá de una duda razonable. Al declararse culpable, usted renuncia y pierde dicha garantía y, al renunciar este derecho, será el juez quien decida, usando el cúmulo total de las pruebas, cuáles son los hechos*

pertinentes a la sanción y la pena máxima. El juez decidirá estos hechos a criterio suyo aun cuando no concuerden con los hechos ya aceptados por usted y el gobierno. ¿Entiende usted?

Yes/Si _____    No _____

13.    a)    What is the maximum term of imprisonment and the maximum fine that the law provides for the offense or offenses to which you want to plead GUILTY?
¿Cuál es el plazo máximo de encarcelamiento y la multa máxima que permite la ley para el delito o delitos a los que quiere declararse CULPABLE?
10 years Imprisonment and 250,000 _____
_____
_____

b)    Is there a minimum punishment required by law for the offense or offenses to which you want to plead guilty?
¿Hay una pena mínima que imponga la ley por el delito o delitos a los que quiere declararse culpable?

Yes/Si _____    No ___X___

If yes, what is it?
De ser así, ¿cuál es?_____
_____
_____

c)    Will you be forfeiting any property to the United States as a result of your guilty plea?
¿El gobierno le confiscará alguna propiedad como resultado de su declaración de culpabilidad?

Yes/Si _____    No ___X___

14.    Do you realize that, if you plead GUILTY, the judge may require you to make restitution to any victim of the offense (18 U.S.C. § 3579, 3663 and 3671)?
¿Comprende usted que, si se declara CULPABLE, el juez puede obligarle a pagar indemnización a cualquier víctima del delito? (18 Código Penal Federal [C.P.F] § 3579, 3663 y 3671)

Yes/Si _____    No ___X___

15.    Do you understand that, if you plead GUILTY to any offense consisting of possession or distribution of controlled substances, you may be ineligible for any and all federal benefits as provided in 21 U.S.C. § 862?
¿Entiende que, al declararse CULPABLE de cualquier delito de poseer o distribuir drogas controladas por la ley, puede perder el derecho a cualquier prestación del

6

*gobierno federal bajo el título 21 C.P.F., fracción (§) 862?*

Yes/Sí _____ No _____

16. Do you realize that in most cases, if any crime to which you plead GUILTY is (a) one of violence or (b) one for which the maximum sentence is life imprisonment or death or (c) one for which the maximum term of imprisonment is ten years and involves drug trafficking, you must be held in jail, beginning immediately after the judge finds you GUILTY upon your plea until you are sentenced, unless the judge defers a finding of guilt or under other very rare circumstances? (See 18 U.S.C. § 3143)

*¿Comprende que en la mayoría de los casos, al declararse CULPABLE de cualquier delito (a) de violencia o (b) que lleve pena máxima de cadena perpetua o capital, o (c) de narcotráfico con pena máxima de diez años de prisión, es obligatoria su detención inmediata desde condenarle el juez por declaración de CULPABILIDAD hasta ser sentenciado a menos que aplace el juez el fallo de culpabilidad o de existir otras circunstancias excepcionales? (Ver 18 C.P.F. § 3143)*

Yes/Sí ____X____ No _____

17. Do you realize that the judge must require you to pay on each count to which you plead GUILTY a special assessment as follows: each felony count ($100); each misdemeanor count ($5 to $25)? (See 18 U.S.C. § 3013)

*¿Comprende que el juez debe ordenarle pagar un gravamen especial por cada cargo al cual se declare usted CULPABLE en el importe de: cien dólares ($100) por cada cargo de delito mayor; de cinco a veinticinco dólares ($5 a $25) por cada cargo de delito menor? (Ver C.P.F. 18 § 3013)*

Yes/Sí ____X____ No _____

18. If you are on probation or parole in any court, do you know that by pleading GUILTY here your probation or parole may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?

*Si se encuentra en libertad condicional o en preliberación bajo jurisdicción de cualquier juzgado, ¿sabe que, al declararse CULPABLE aquí, le pueden anular esas condiciones de su libertad e imponerle un plazo de reclusión en ese caso anterior además de cualquier condena que reciba en este caso?*

Yes/Sí ____X____ No _____

D. **SENTENCING GUIDELINES**
**DIRECTRICES PARA FORMULAR SENTENCIAS**

You will be sentenced under the federal sentencing guidelines. It is important that you understand certain consequences of these guidelines.

*Se le impondrá su sentencia bajo las directrices federales para formular sentencias. Es importante que usted entienda algunas consecuencias de estas directrices.*

The Defendant answers these questions only to the extent of acknowledging the potential legal consequences of his guilty plea should the federal sentencing guidelines be held to be constitutional. However, the defendant does not affirmatively waive any challenges to the constitutionality or application of the sentencing guidelines, and the defendant specifically reserves his or her rights, under the rationales of *Apprendi v. New Jersey*, *Blakely v. Washington, United States v. Mooney*, and their progeny.

El Acusado responde estas preguntas tan sólo a la extensión de reconocimiento de las consecuencias legales potenciales de su declaración de culpabilidad en caso de que las pautas de imposición de pena se dictaminen ser constitucionales. Sin embargo, el acusado no desiste afirmativamente ninguna recusación ante la constitucionalidad ni la aplicación de las pautas de imposición de penas, y el acusado específicamente reserva sus derechos, bajo los fundamentos de *Apprendi v. Nueva Jersey, Blakely v. Washington, Estados Unidos v. Mooney, y su prógene,*

19. Under the sentencing guidelines, the sentencing judge in most cases must select a sentence from within the guideline range. If however, your case is unusual, the law may permit the judge to depart from the guidelines and impose a sentence either <u>above</u> or <u>below</u> the guideline range. Most sentences are within the guideline range, but there is no guarantee yours will be. Do you understand this?
*Según la directrices, en la mayoría de los casos, el juez debe escoger una sentencia dentro de los parámetros que marcan las fórmulas. Sin embargo, si su caso presenta aspectos excepcionales, la ley podría permitirle al juez apartarse de las fórmulas para darle una condena <u>mayor</u> o <u>menor</u> que la que indican las fórmulas. La mayoría de las condenas se dictan dentro de los parámetros de las fórmulas pero no hay garantía que así sea en su caso. ¿Entiende usted esto?*
Yes/Sí __X__  No _____

20. Under the sentencing guidelines, parole has been abolished. Thus, if you are sentenced to imprisonment for a certain period of time, you will serve that period of time, less no more that 54 days a year for earned good time (18 U.S.C. § 3624). Do you understand this?
*Las fórmulas de sentencias eliminaron la preliberación. Por lo tanto, si se le condena a un periodo de prisión, usted quedará recluido hasta cumplir toda su sentencia, restándole un máximo de 54 días al año por buena conducta. (18 C.P.F. § 3624) ¿Entiende usted esto?*
Yes/Sí __X__  No _____

21. Do you understand that, if you are sentenced to a term of imprisonment, the judge may impose a period of supervised release to follow your release from imprisonment? (18 U.S.C. § 3583, 3624)
*¿Entiende que, si se le condena a un periodo de prisión, el juez podría imponerle un plazo de supervisión poscarcelaria que le tocaría cumplir después de cumplir su sentencia? (18 C.P.F. § 3583, 3624)*
Yes/Sí __X__  No _____

22. Do you understand that during any period of supervised release your activities will be limited by conditions set by the judge and that violation of any of those conditions may result in the judge's revoking the term of supervised release and requiring you to serve in prison all or part of the term of supervised release without credit for time previously served on postrelease supervision? (18 U.S.C. § 3583)
*¿Entiende que durante cualquier plazo de supervisión poscarcelaria tendrá que cumplir con las condiciones que dicte el sr. juez, y de no cumplir cualquiera de esas condiciones, el juez podría cancelarle la supervisión poscarcelaria y encarcelarle por*

todo o parte del plazo de supervisión poscarcelaria sin darle crédito por el tiempo ya cumplido bajo supervisión poscarcelaria? (18 C.P.F § 3583)

Yes/Sí _____X_____ No _____

23. Do you understand that the conditions of supervised release may include any of those set out in 18 U.S.C. § 3563(a) and (b), including: no use or possession of alcohol or controlled substances; reasonable searches of your residence, automobile, and person for drugs and alcohol; seizure of any illegal drugs or alcohol in your possession; performing community service; and being on home confinement? (See 18 U.S.C. § 3583)

*¿Entiende que la supervisión poscarcelaria puede incluir cualquiera de las condiciones expuestas en capítulo 18 del C.P.F. § 3563(a) y (b), incluyendo: prohibición de uso y posesión de bebidas alcohólicas o drogas controladas por la ley; registros razonables de su hogar, automóvil y su persona para detectar la presencia de drogas o bebidas alcohólicas; confiscación de cualquier droga ilegal o bebida alcohólica en su posesión; realizar servicios sociales; y quedar bajo confinamiento domiciliario?*

Yes/Sí _____X_____ No _____

24. Do you understand that if you violate any term of supervised release the judge may revoke your supervised release and sentence you to prison to be followed by another term of supervised release?

*¿Entiende que de no cumplir con alguna condición de su supervisión poscarcelaria, el juez puede cancelarle la supervisión poscarcelaria, dictarle sentencia de prisión seguida por otro período de supervisión poscarcelaria?*

Yes/Sí _____X_____ No _____

25. Do you understand that your being on supervised release when you commit any crime may increase the sentence that may be given you for that crime?

*¿Entiende usted que de cometer algún delito cuando se encuentra bajo supervisión poscarcelaria puede resultar en un aumento de la sentencia que se le imponga por ese delito?*

Yes/Sí _____X_____ No _____

26. Under the sentencing guidelines, the judge is required to take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is charged by the government in the crime to which you are pleading guilty. Thus, the judge will consider all relevant conduct at the time of sentencing, even though you are pleading guilty to less than all counts in the indictment. Do you understand this?

*Las fórmulas de sentencia obligan al juez a tomar en cuenta toda conducta, circunstancia y daños relacionados con su conducta delictiva, aunque estos factores no se incluyan en la acusación del gobierno por el delito al cual quiere declararse*

9

*culpable. Por eso, al dictarle la sentencia, el juez tomará en cuenta todo comportamiento pertinente aunque no se haya declarado culpable de todos los cargos en la inculpación formal.* ¿Entiende esto?

Yes/Sí ___✗___ No _____

27. Under the sentencing guidelines, a probation officer will be assigned to conduct a thorough presentence investigation to develop all relevant facts concerning your criminal conduct. Do you understand that making untrue statements to the probation officer may increase your punishment under the guidelines?
*Bajo las fórmulas de sentencias, un entrevistador judicial se encargará de realizar una investigación precondenatoria detallada con el fin de revelar todos los hechos pertinentes relacionados con su conducta delictiva. ¿Entiende usted que las declaraciones falsas al entrevistador podrían aumentarle la condena bajo las fórmulas?*

Yes/Sí ___✗___ No _____

28. Do you understand that, if you have had criminal convictions within the past 15 years, such convictions may serve to increase your sentence under the guidelines?
*Bajo las fórmulas de sentencias, de contar usted con antecedentes penales durante los últimos 15 años, esas condenas anteriores podrían ocasionar un aumento de esta sentencia. ¿Entiende usted ?*

Yes/Sí ___✗___ No _____

29. Do you understand that, if you committed the present offense(s) while on probation, parole, supervised release, or escape, this may increase your sentence under the sentencing guidelines?
*¿Entiende que si usted cometió el (los) delito(s) actual(es) al encontrarse en estado de libertad vigilada, preliberación, supervisión poscarcelaria o fuga, esto puede aumentar la sentencia bajo las fórmulas?*

Yes/Sí ___✗___ No _____

30. Do you understand that, if you committed the present offense(s) less than two years after being released from prison, this may increase your sentence under the guidelines?
*¿Entiende que, si cometió el (los) delito(s) actual(es) a menos de dos años de su excarcelación, esto puede aumentar la sentencia bajo las fórmulas?*

Yes/Sí ___✗___ No _____

31. Do you understand that, if you committed the present offense(s) as part of a pattern of criminal conduct from which you derived a substantial portion of your income, this may increase your sentence under the guidelines?
*¿Entiende que, si el (los) delito(s) actual(es) representa(n) una tendencia a la*

delicuencia de la cual recibe usted una parte importante de su ingreso, esto puede aumentar la sentencia bajo las fórmulas?

Yes/Si _____ No _____

32. Do you understand that, if this offense is a crime of violence or a drug trafficking offense and if you have two earlier felony convictions of either a crime of violence or a drug trafficking offense, you could be sentenced as a career criminal offender, which could greatly enhance the punishment you receive?

¿Entiende usted que si el delito en el caso actual es de violencia o narcotráfico y si sus antecedentes incluyen dos condenas por delitos mayores de violencia o narcotráfico, podría ser sentenciado como delincuente habitual, lo cual podría aumentar considerablemente la pena que va a recibir?

Yes/Si ___X___ No _____

33. Do you understand that probation is not available as an option for the sentencing judge for most offenses under the sentencing guidelines?

¿Entiende que respecto a la mayoria de los delitos, las fórmulas de sentencias no le confieren al juez que dicte la sentencia la opción de concederle la libertad vigilada?

Yes/Si ___X___ No _____

34. Do you understand that, if you cooperate with the government and provide substantial assistance to the investigation and prosecution of another person who has committed an offense, this may permit the judge (if the judge chooses to do so) to impose a sentence below the recommended guideline range if the government files a motion for downward departure on this basis?

¿Entiende que si coopera con las autoridades proporcionándoles ayuda sustancial en la investigación y enjuiciamiento de otro delicuente, esto le podría permitir al juez (de querer hacerlo) imponerle una sentencia menor que la recomendada por las fórmulas, siempre y cuando solicite el gobierno reducción excepcional por cooperación?

Yes/Si _____ No _____

35. Do you understand the United States Attorney has the sole authority to decide whether to file a motion for downward departure based upon any cooperation you may provide to the government and the court can only compel the United States Attorney to file such a motion for downward departure if the decision not to file such a motion is irrational, made in bad faith, or is based upon an unconstitutional motive?

¿Entiende que el la Fiscalia Federal es la única autoridad facultada para decidir si desea pedir una reducción excepcional debido a la cooperación que le haya prestado usted al gobierno, y el juez sólo podrá ordenarle que lo haga cuando la decisión de no pedir la reducción excepcional es por motivo irrazonable, de mala fe o por

11

decisión basada en algún motivo anticonstitucional?

Yes/Sí _____   No _____

E.   **VOLUNTARY NATURE OF PLEA**
*VOLUNTARIEDAD DE LA DECLARACIÓN DE CULPABILIDAD*

36.   Are your plea of GUILTY and the waivers of your rights made voluntarily and completely of your own choice, free of any force or threats from anyone?
*¿Presenta su declaración de CULPABLE y renuncia sus derechos porque decidió hacerlo voluntariamente libre de coerción o amenazas por parte de alguien?*

Yes/Sí ____X____   No _____

37.   a)   Has any plea agreement been made by you with anyone which causes you to plead GUILTY?
*¿Se quiere declarar CULPABLE debido a algún convenio para declararse culpable que tenga usted con alguien?*

Yes/Sí ____X____   No _____

b)   If so, exactly what is that agreement? (Attach the agreement, if it is in writing) (Explain it here if it is not in writing)
*De ser así, sírvase especificar cuál es el acuerdo. (Anexarlo de estar escrito) (Dar una explicación del convenio en caso de no haberse escrito)* _____

attached written plea agreement

c)   What are your reasons for making that agreement?
*¿Cuáles son sus motivos para aceptar ese convenio?* I believe

it is in my best interests

d)   If there is such an agreement, do you understand that the judge may reject the agreement, if the judge finds that the plea agreement is not in the interest of justice?
*¿Entiende que, de haber tal convenio, lo puede rechazar el juez si determina que no corresponde a la buena administración de la justicia?*

Yes/Sí ____X____   No _____

38.   Has anyone made any promise that causes you to plead GUILTY, aside from the promises, if any, set out in your answer to question 37?

*Aparte de las promesas mencionadas en su respuesta a la pregunta 37, de haberlas, ¿alguien le ha prometido algo que le induce a declararse CULPABLE?*

Yes/Sí _____ No _____

39. Has any officer, attorney or agent of any branch of the government (federal, state or local) promised, suggested or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?

*¿Le ha prometido, sugerido o pronosticado cualquier agente, abogado o funcionario de cualquier dependencia del gobierno (a nivel federal, estatal o municipal) que recibirá una condena reducida, la libertad vigilada o cualquier otra consideración de clemencia a cambio de declararse CULPABLE?*

Yes/Sí _____ No _____

40. Has the judge made any suggestion as to what the actual sentence will be?

*¿Le ha indicado el juez cual será realmente la sentencia condenatoria que recibirá?*

Yes/Sí _____ No _____

41. Are you under the influence of any kind of alcohol, medicine or drug that is, in the least way, interfering with your ability to think clearly and understand exactly what you are doing in answering these questions?

*¿Se encuentra usted bajo la influencia de alguna bebida alcohólica, medicamento o droga que podría en la más mínima forma alterar su capacidad de pensar claramente y entender exactamente lo que está haciendo al responder a estas preguntas?*

Yes/Sí _____ No _____

42. Are you pleading GUILTY for any reason other that the fact that you are guilty?

*¿Se declara CULPABLE por cualquier motivo que no sea el hecho de ser realmente culpable?*

Yes/Sí _____ No _____

43. Is there any other information or advice that you want before you enter a plea?

*¿Quisiera usted recibir alguna otra información o asesoría jurídica antes de declararse culpable?*

Yes/Sí _____ No _____

F. **CONCLUSION / FACTUAL BASIS**
*CONCLUSIÓN/ HECHOS FUNDAMENTALES*

44. Has your attorney gone over all of these questions and your answers to them?

*¿Su abogado ya repasó con usted todas estas preguntas y sus respuestas a las*

*preguntas?*

Yes/Sí _____ No _____

45. Do you understand all of these questions?
*¿Entiende usted todas estas preguntas?*

Yes/Sí _____ No _____

If not, which ones don't you understand?
*De no ser así, ¿cuáles son las que no entiende?* _____

_____

_____

_____

_____

46. a) Do you now want to plead GUILTY?
*¿Quiere usted ahora declararse CULPABLE?*

Yes/Sí _____ No _____

b) Are you GUILTY?
*¿Es usted CULPABLE?*

Yes/Sí _____ No _____

47. What acts did you do that cause you to think you are guilty of the charge(s) to which you want to plead GUILTY?
*¿Cuáles son los actos que cometió que, a su parecer, lo hacen culpable del (los) cargo(s) al (los) cual(es) quiere declararse CULPABLE?* I had a previous felony when I possessed the file arm described in Count 1 of the indictment — a shotgun which was previously transported in interstate commerce.

_____

I understand that if I have knowingly and intentionally made any false answers in this petition, my answers may be used against me in a prosecution for perjury or making a false statement. (See Fed. R. Crim. P. 11(c)(5)).
*Entiendo que si intencional y deliberadamente he dado respuestas falsas en esta petición, mis respuestas podrían usarse en contra mía en una demanda por perjurio o declaración falsa. (Ver Reglas Federales para Procesos Penales. 11(c)(5)).*

48. This Petition and the other documents referred to in the Petition including any written plea agreement were read to me in Spanish by an interpreter. The Interpreter also translated any questions and answers between me and my attorney in completing the above documents. I understand the Spanish translation of the above documents as well as the questions and answers between me and my attorney.
*Ratifico que un Intérprete me leyó en español esta Peticion y los otros documentos*

*aquí mencionados, incluyendo cualquier convenio escrito para mi declaración de culpabilidad. El Intérprete también tradujo toda pregunta y respuesta entre mi abogado y yo al llenar todos estos documentos. Entiendo tanto las traducciones al español de estos documentos como las preguntas y respuestas que se dieron entre mi abogado y yo.*

Signed in the presence of my attorney under penalty of perjury this ____11th____ day of
____November____, ____04____.

*Firmado ante mi abogado so pena de perjurio este día _____ de _____*
_____ de _____.

Defendant/Acusado(a)

15

# CERTIFICATE OF DEFENSE COUNSEL

I, as lawyer for the defendant, hereby certify that:

1.      I have read and fully explained to the defendant the allegations contained in the indictment or information in this case.

2.      The plea of guilty offered by the defendant to Count(s) _____ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.

3.      For all offenses that occurred on or after November 1, 1987, to which the defendant has offered to plead guilty, I assure the court that I have advised the defendant about the sentencing procedures under the Sentencing Guidelines and have explained to the defendant the potential consequences of a plea of guilty in light of the matters set out in section D of this petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant this ___ day of _____ Nov _____, 20____

_____
Attorney for the Defendant


# CERTIFICACIÓN DEL ABOGADO DEFENSOR

En calidad de abogado del acusado por medio de la presente certifico que:

1.      He leído y explicado completamente al acusado lo alegado en la inculpación formal o en la acusación de la fiscalía en esta causa.

2.      La declaración de culpabilidad que presenta el acusado al (los) Cargo(s) _____ _____ corresponde a mi entendimiento de los hechos que el acusado me relató, es concordante con mi asesoría al acusado y en mi opinión es voluntaria y con conocimiento de causa.

3.      Con respecto a todos los delitos acaecidos a partir del primero de noviembre de 1987, a los cuales el acusado propone declararse culpable, garantizo a este tribunal haberle asesorado al acusado en cuanto a los reglamentos condenatorios que disponen las Directrices para Formular Sentencias y que le he explicado al acusado las consecuencias posibles resultantes de una declaración de culpabilidad en vista de los asuntos expuestos en la sección D de esta petición.

Firmo ante el acusado, habiendo tratado a fondo el contenido de esta certificación, suscrito este día____ de _____, 20____.

_____
Abogado Defensor

16

## CERTIFICATE OF PROSECUTING ATTORNEY

I, as lawyer for the government, hereby certify that:

1. I have read and fully discussed with defense counsel the allegations contained in the indictment or information in this case.

2. I have also reviewed this Petition to Enter a Plea of Guilty and find it to be in accordance with my knowledge of the defendant and this case.

3. To the best of my knowledge and belief, the defendant in this case is pleading guilty to a charge which adequately reflects the seriousness of the actual offense behavior and the relevant conduct of the defendant as defined by the U.S. Sentencing Commission (See e.g. U.S. Sentencing Guidelines §1B1.3).

4. In my judgment, acceptance of the defendant's plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.

Signed by me this _7th_ Day of _December_, 20 _04_.

_____
Attorney for the Government

## CERTIFICACIÓN DEL FISCAL

En calidad de fiscal por medio de la presente certifico que:

1. He leído y tratado exhaustivamente con el abogado defensor las acusaciones contenidas en la inculpación formal o en la acusación de la fiscalía en esta causa.

2. Asimismo he analizado esta Petición para Presentar Declaración de Culpabilidad y declaro que corresponde a mi conocimiento de esta causa y del acusado.

3. Según mi leal saber y entender, el acusado en esta causa se está declarando culpable a un cargo que refleja adecuadamente la gravedad de la conducta delictiva y su conducta relacionada a ésta como lo define la Comisión Federal para Formular Sentencias (Ver Directrices Federales para Formular Sentencias §1B1.3).

4. Considero que la aceptación de la(s) declaración(es) de culpabilidad del acusado del (los) cargo(s) en cuestión no atentan contra los objetivos estatutuarios de sentencias condenatorias.

Firmado por mí este día _____ de _____, 20 _____.

_____
Fiscal

17

## DECLARATION OF INTERPRETER (TRANSLATOR)

I, _____, have served as an interpreter (translator) in the Spanish language for the defendant in this matter, and I am making the following declaration under the penalties of perjury.

1.  I translated the following for the defendant:  (X all which apply)

_____ Indictment
_____ Waiver of Indictment
_____ Information
_____ Petition to Enter a Plea of Guilty
_____ Read to defendant, or had defendant read, the translation by TIP (Telephone Interpreting Program, New Mexico) of the Petition to Enter a Plea of Guilty
_____ Plea Agreement
_____ Other

2.  I translated the above documents for the defendant in the presence of his attorney on the following occasions:  (Insert all dates applicable) _____

_____

3.  During the session (s) set forth above, I translated the remarks of the defendant's attorney to the defendant, the responses of the defendant to the attorney, the questions the defendant asked concerning any of the items set forth above, and any other questions the defendant asked.

4.  I asked the defendant if he (she) understood what I was saying and my translation during this interpretation and the defendant stated he (she) understood. I further state that the defendant appeared to understand my translation. The defendant answered questions appropriately to the questions asked by defendant's counsel.

5.  I am proficient in the Spanish and English languages and am able to translate accurately written matters and oral conversation from English to Spanish and from Spanish to English.

Signed by me this _____ day of _____, 20_____, under the penalty of perjury.

_____
Interpreter

18