**U.S. Department of Justice**

*United States Attorney*
*District of Nebraska*

| | |
|---|---|
| *1620 Dodge Street, Suite 1400* | *PH: (402) 661-3700* |
| *Omaha, Nebraska 68102-1506* | *FAX: (402) 661-3081* |

November 3, 2004

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 07 2004

OFFICE OF THE CLERK

Matthew David Strain
c/o Shannon O'Connor
Assistant Federal Public Defender
Federal Public Defender's Office
District of Nebraska
222 South 15th Street          8:04 CR 277
Suite 300N
Omaha Nebraska, 68102

Re: United States v. Matthew David Strain

Dear Mr. Strain:

Based upon your representation that you wish to resolve the charge(s) now pending against you, the United States will enter into an agreement with you on the following conditions:

1a. You, the defendant herein, will plead guilty to count I of an Indictment charging a violation of Title 18, United States Code, Section 922 (g) (1), Felon in Possession of a Firearm. You understand that by entering this plea of guilty, you are exposed to not more than 10 years imprisonment, a fine of not more than $250,000.00, both such imprisonment and fine, not more than 3 years of supervised release, and a $100 special assessment. You are aware that certain prior convictions may enhance the penalties specified above. You are also aware that violation of supervised release may add additional time of imprisonment. See Title 18, United States Code, Section 3583(e)(3).

1b. The parties agree pursuant to Federal Rule of Criminal Procedure 11 (c) (1) (c) that the appropriate disposition of this matter is a sentence of imprisonment to the statutory maximum of ten years. The United States agrees to dismiss Counts II, and that at the time of sentencing.

1c. The parties agree pursuant to Federal Rule of Criminal Procedure 11 (c) (1) (c) that the United States Attorney will not seek a sentencing enhancement pursuant to 18 U.S.C. Section 924 (e).

1d. You and your attorney agree that, in return for the plea agreement conditions set forth herein, you will not seek any sentencing departures under USSG 5K2.0 et seq., and that you hereby waive any right to appeal any and all motions, defenses, probable cause determinations, objections which you or your attorney have asserted or could assert to this prosecution, the Court's entry of judgment against you, and the Court's imposition of sentence, including sentence appeals under 18 U.S.C. § 3742.

2. You will enter a plea of guilty to the Indictment set forth in paragraph 1 of this agreement at such time as may be exclusively determined by the Court or the United States Attorney for the District of Nebraska, or his designate, upon reasonable notice to you.

3. The undersigned Assistant United States Attorney for the District of Nebraska agrees that you will not be federally prosecuted in the District of Nebraska for any violations of federal law of which I currently have actual knowledge, other than as set forth in paragraph numbered one (1) above.

4. You agree that cooperation by you with the United States is not anticipated by this agreement, and you understand that a different document would have to be signed should you decide to cooperate in the future.

5. This agreement is limited to the United States Attorney's office for the District of Nebraska and does not bind any other federal, state or local prosecuting authorities.

6. By signing this agreement, you agree that any or all information available to the U. S. Probation Office through provisions of pretrial services may be used by the probation office in preparing and submitting its pre-sentence report and may be disclosed to the Court for purposes of sentencing. You hereby waive any objection to the use of such information for purposes of sentencing. However, information provided by you, which is not otherwise available to the government, shall not be used against you for sentencing pursuant to §1B1.8 of the Sentencing Guidelines.

7. Pursuant to Title 18, United States Code, Section 3013, the Court is obligated to impose at sentencing a mandatory special assessment of $100.00 for each felony count to which you enter a plea of guilty. The United States will not be bound by any provision of this plea agreement, unless and until the defendant submits to the United States a signed copy of this plea agreement that is accompanied by either a signed receipt from the Office of the Clerk of the United States District Court for the District of Nebraska, reflecting that the amount of $100.00 has been paid by or on behalf of the defendant in relation to this case to said Clerk's Office, or, a completed copy of the form financial statement that has been provided to the defendant by the United States. Any sum so receipted for by the Clerk's Office will be applied toward the special assessment imposed by the Court at the time of sentencing. The receipt will be filed with the Court by the United States as an attachment to this plea agreement. Should the Court order that this plea agreement be set aside, the amount of $100.00 will be returned by the Clerk's office to the person who posted the amount.

Upon receipt of a signed and completed form financial statement, the United States may accept the same at face value and request the Court to remit all or any portion of the special assessment that would otherwise be imposed at the time of sentencing, or, the United States Attorney's Financial Litigation Unit may investigate the veracity of the statements contained therein and/or assess the financial situation independently of the defendant's assessment. If the Special Assessment has not been paid in full prior to sentencing, the defendant agrees that, if incarcerated, he/she will join the Inmate Financial Responsibility Program, earnings from which will be applied toward payment of the special assessment.

8. By signing this agreement, you acknowledge that, in the event you violate any term or condition of this agreement, you shall not, because of such violation of this agreement, be allowed by either the Court or the United States Attorney for the District of Nebraska, or his designate, to withdraw your plea of guilty.

9. Should the Court for any reason not accept this plea agreement, this plea agreement shall be considered null and void, and the United States Attorney for the District of Nebraska, or his designate, may withdraw or decline to file any sentencing recommendation or motion for a reduced sentence due to your cooperation the government is otherwise bound by this agreement to give regarding sentencing, and the United States may then prosecute you for law violations which the United States had otherwise promised in this agreement not to pursue.

10. Since your acceptance of this agreement terminates all plea discussions with the United States Attorney for the District of Nebraska, or his designate, any statements made by you after the date of your acceptance of this agreement are not governed by Rule 11(e)(6) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence.

11. In addition to criminal prosecution purposes, the United States can use against you any disclosure(s) you have made pursuant to this agreement in any civil proceeding or for any sentencing purpose.

12. Nothing contained in this agreement shall in any manner limit your civil liability which may otherwise be found to exist, or in any manner limit or prevent the United States from pursuing against you any applicable civil remedy, including but not limited to remedies regarding asset forfeiture and/or taxation.

13. The plea agreement proposed herein may be withdrawn by the United States Attorney for the District of Nebraska, or his designate, at any time prior to acceptance by you. Acceptance is deemed to occur when this document has been signed by you and your attorney and has been stamped as received in the offices of the United States Attorney for the District of Nebraska. In addition, if the United States Attorney for the District of Nebraska, or his designate, has not received this agreement back from you, properly executed, at the offices of the United States Attorney for the District of Nebraska, within three weeks of the date appearing at the top of page one of this document, this proposed plea agreement is automatically withdrawn.

14. No promises, agreements, or conditions have been entered into other than those set forth in this document, and none will be entered into unless in writing and signed by all parties.

Date _// Nov, 2004_

Matthew David Strain

Date _11 Nov. 04._

Shannon O'Connor, Attorney for Mr. Strain

Date _12/7/04_

Michael Wellman, AUSA