Defendant: MATTHEW DAVID STRAIN
Case Number: 8:04cr277

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF NEBRASKA**

## IMPRISONMENT

05 APR -5 AM 11: 55

OFFICE OF THE CLERK

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred-twenty (120) months.**

The Court makes the following recommendations to the Bureau of Prisons:

1.    That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2.    That the defendant be incarcerated in a federal facility in **Florence, Colorado or as close to Council Bluffs, Iowa as possible.**

3.    Defendant shall be given credit for time served.

(X)  The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 23 day of March , 2005 to USP Leavenworth , Leavenworth, KS , with a certified copy of this judgment.

E.J. Gallegos, Warden
UNITED STATES WARDEN

By: E.M. Stephens, LTC

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, _____

_____
UNITED STATES WARDEN

By: _____

11:45 MAR31 '05 USMSN