IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

vs

Matthew Strain

)
)
)
)
)
)
)
)
)
)

8:04 CR 277

RECEIPT AND ACKNOWLEDGMENT

I, the undersigned defendant, hereby acknowledge:

1)   that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of *8-9-13* commencing *8-8-16*;

2)   that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3)   that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4)   I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_____
Name of Officer, Supervising
U.S. Probation Officer
Designated Witness
Williamette S. Gallagher

_____
Defendant

*8-13-13*
_____
Date

Rev:3/98